UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PARTY CONCIERGE, INC., | Case No. 2:19-cv-00433-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

Defendant Liberty Mutual Insurance Company's counsel states under penalty of perjury that she contacted plaintiff's counsel to meet and confer prior to moving to dismiss, but plaintiff's counsel did not return her call. ECF No. 5-2 ¶¶ 3-4. Accordingly, plaintiff's counsel is ORDERED to show cause why he should not be sanctioned $250 for failing to comply with the court's meet and confer requirement. Counsel's response is due in seven (7) days. The April 19, 2019 hearing on Liberty Mutual Insurance Company's motion to dismiss, ECF No. 5, is VACATED and RESET for May 17, 2019, with briefing deadlines reset according to Local Rule 230.

IT IS SO ORDERED.

DATED: April 8, 2019.

_____
UNITED STATES DISTRICT JUDGE

1